■ MAUREEN A. MUGAN, Respondent, v JAMES E. MUGAN, Appellant.— Judgment of the Supreme Court, Nassau County, entered June 26, 1979, affirmed, without costs or disbursements (see *Joachim v Joachim,* 57 AD2d 546). Hopkins, J. P., Damiani, O'Connor and Weinstein, JJ., concur.

■ NASSAU TRUST COMPANY, Respondent, v GEORGE SNYDER et al., Appellants.—Order of the Supreme Court, Nassau County, dated April 17, 1980, affirmed, with $50 costs and disbursements and without prejudice to the appellants to proceed under CPLR 5240. No opinion. Lazer, J. P., Gibbons, Rabin and O'Connor, JJ., concur.

■ STANLEY R. OPPENHEIM, Respondent, v CAROLE A. OPPENHEIM, Appellant.—In a matrimonial action, the defendant appeals, as limited by her notice of appeal and brief, from so much of a judgment of divorce of the Supreme Court, Westchester County, dated November 27, 1978, as denied her alimony and awarded a counsel fee of only $2,000. Judgment modified, on the facts, by increasing the counsel fee by $318.80 so as to include counsel's disbursements. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements. We agree that defendant has failed to establish her entitlement to alimony considering the respective circumstances of the parties, her annual salary, and her ability to be self-supporting. The counsel fee awarded was inadequate only to the extent indicated. Hopkins, J. P., Damiani, O'Connor and Weinstein, JJ., concur.